UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS CUPP<br>REG. # 17129-035 | : | CIVIL ACTION NO. 2:18-cv-1296 |
| VERSUS | : | JUDGE SUMMERHAYS |
| WARDEN MYERS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 6] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Proceedings in the United States District Courts.

**THUS DONE AND SIGNED** in Chambers this 20th day of February, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE